May 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

VICTORIA V. OCHSNER, Appellant

NO. 14-13-00301-CV                                V.

PRESTON A. OCHSNER, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Preston A. Ochsner, signed February 15, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the judgment of the court below, and **REMAND** to the court below with instructions to enter a judgment for child support arrearages.

We order appellee, Preston A. Ochsner, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.